# HARRIS BEACH PLLC
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX: (315) 422-9331
LWOODARD@HARRISBEACH.COM

March 11, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY  13261-7008

    Re:    Sonia C. Jackson - Case No. 08-33231

Dear Clerk:

    Enclosed please find a check in the amount of $249.85 for the benefit of Verizon, which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of Verizon (AFNI/Verizon East) is P.O. Box 3037, Bloomington, IL  61702-3037.

    Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

RECEIVED

MAR 12 2010

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY